**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MARTIN B.M.,

Plaintiff,

25 **CIVIL** 7303 (GRJ)

-v-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 19, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is DENIED and this case is DISMISSED.

**Dated:** New York, New York

August 20, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**